## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hendrix, Mitchee L

Printed: 01/06/09

Case Number:  07 B 13563
Judge:  Hollis, Pamela S
Filed:  7/29/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  November 24, 2008
Confirmed:  September 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,831.00 |  |
| Secured: |  | 602.16 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,000.00 |
| Trustee Fee: |  | 228.84 |
| Other Funds: |  | 0.00 |
| Totals: | 3,831.00 | 3,831.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 3,000.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 2,876.00 | 506.29 |
| 5. | CitiMortgage Inc | Secured | 544.60 | 95.87 |
| 6. | ECast Settlement Corp | Unsecured | 1,741.27 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 2,836.40 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 620.45 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,547.39 | 0.00 |
| 10. | AAA Checkmate LLC | Unsecured | 209.25 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 5,304.13 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 2,640.64 | 0.00 |
| 13. | Direct Tv | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,320.13 | $ 3,602.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 101.03 |
| 6.5% | 100.75 |
| 6.6% | 27.06 |
|  | $ 228.84 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hendrix, Mitchee L

Printed: 01/06/09

Case Number:  07 B 13563

Judge:  Hollis, Pamela S

Filed:  7/29/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

